# U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: <u>1:20−cv−01542−DLF</u>

BUCHANAN et al v. TRUMP et al
Assigned to: Judge Dabney L. Friedrich
 Cases:  1:20−cv−01469−DLF
          1:20−cv−01517−DLF
          1:20−cv−01622−DLF
          1:20−cv−02163−DLF
Cause: 28:1391 Personal Injury

Date Filed: 06/11/2020
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: U.S. Government Defendant

**<u>Plaintiff</u>**

**RADIYA BUCHANAN**

represented by **Amanda LeSavage**
GIBSON DUNN & CRUTCHER LLP
200 Park Ave
Ste 48th Floor
New York, NY 10166
410−960−2725
Email: alesavage@gibsondunn.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Anne M. Champion**
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
212−351−5361
Email: achampion@gibsondunn.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Katherine Michelle Marquart**
GIBSON DUNN & CRUTCHER LLP
200 Park Ave
Ste 48th Floor
New York, NY 10166
212−351−5261
Email: kmarquart@gibsondunn.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lee Ross Crain**
GIBSON, DUNN & CRUTCHER, LLP
200 Park Avenue
47th Floor
New York City, NY 10166−0193
212−351−2454
Email: lcrain@gibsondunn.com

1

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew Guice Aiken**
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue NW
Washington, DC 20036
319−530−6659
Email: maiken@gibsondunn.com
*ATTORNEY TO BE NOTICED*

**Mylan L. Denerstein**
GIBSON, DUNN & CRUTCHER, LLP
200 Park Avenue
Ste 47th Floor
New York, NY 10166
212−351−4000
Fax: 212−351−4035
Email: mdenerstein@gibsondunn.com
*TERMINATED: 01/10/2022*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Naima Lillian Farrell**
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue NW
Washington, DC 20036
202−887−3559
Email: nfarrell@gibsondunn.com
*ATTORNEY TO BE NOTICED*

**Orin Samuel Snyder**
GIBSON, DUNN & CRUTCHER, LLP
200 Park Avenue
47th Floor
New York, NY 10166
212−351−4000
Fax: 212−351−4035
Email: osnyder@gibsondunn.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Randy M. Mastro**
GIBSON, DUNN & CRUTCHER, LLP
200 Park Avenue
Ste 47th Floor
New York, NY 10166
212−351−4000
Fax: 212−351−4035
Email: rmastro@gibsondunn.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Greta B. Williams**
GIBSON, DUNN & CRUTCHER, LLP
1050 Connecticut Avenue, NW
Suite 300
Washington, DC 20036−5306
202−955−8500
Email: gbwilliams@gibsondunn.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**ANN DAGRIN**                    represented by   **Amanda LeSavage**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Anne M. Champion**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Katherine Michelle Marquart**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lee Ross Crain**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew Guice Aiken**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mylan L. Denerstein**
(See above for address)
*TERMINATED: 01/10/2022*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Naima Lillian Farrell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Orin Samuel Snyder**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Randy M. Mastro**
(See above for address)

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Greta B. Williams**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**LINDSAY FIELD**                    represented by    **Amanda LeSavage**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Anne M. Champion**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Katherine Michelle Marquart**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lee Ross Crain**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew Guice Aiken**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mylan L. Denerstein**
(See above for address)
*TERMINATED: 01/10/2022*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Naima Lillian Farrell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Orin Samuel Snyder**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Randy M. Mastro**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Greta B. Williams**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**DONALD J. TRUMP**
*in his official capacity as President of the*
*United States*
*TERMINATED: 04/14/2022*

represented by **Christopher Charles Hair**
U.S. ATTORNEY'S OFFICE FOR THE
DISTRICT OF COLUMBIA
555 Fourth Street, NW
Washington, DC 20530
(202) 252−2541
Fax: (202) 252−2599
Email: christopher.hair@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sean Patrick Mahard**
DOJ−USAO
555 4th St. NW
Ste 4408
Washington, DC 20530
(202) 252−2574
Email: sean.mahard@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**WILLIAM P. BARR**
*in his individual capacity and official*
*capacity as U.S. Attorney General*
*TERMINATED: 04/14/2022*

represented by **Christopher Charles Hair**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James George Bartolotto**
U.S. DEPARTMENT OF JUSTICE
Civil Division
Ben Franklin Station
P.O. Box 7146
Washington, DC 20044
(202) 616−4174
Fax: 202−616−4314
Email: james.bartolotto@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah Elisabeth Whitman**
UNITED STATES DEPARTMENT OF
JUSTICE
Civil Division, Torts Branch
175 N Street, NE

Washington, DC 20002
(202) 616−0089
Email: sarah.whitman@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sean Patrick Mahard**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**MARK T. ESPER**
*in his official capacity as U.S. Secretary of Defense*
*TERMINATED: 04/14/2022*

represented by **Christopher Charles Hair**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James George Bartolotto**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah Elisabeth Whitman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sean Patrick Mahard**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**WILLIAM J. WALKER**
*Major General; in his official capacity as Commanding General of the District of Columbia National Guard*
*TERMINATED: 04/14/2022*

represented by **Christopher Charles Hair**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James George Bartolotto**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah Elisabeth Whitman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sean Patrick Mahard**
(See above for address)
*LEAD ATTORNEY*

**Defendant**

**GREGORY T. MONAHAN**
*in his individual capacity and official
capacity as Acting Chief of the United
States Park Police
TERMINATED: 04/14/2022*

represented by **Christopher Charles Hair**
(See above for address)
*LEAD ATTORNEY
ATTORNEY TO BE NOTICED*

**James George Bartolotto**
(See above for address)
*LEAD ATTORNEY
ATTORNEY TO BE NOTICED*

**Sarah Elisabeth Whitman**
(See above for address)
*LEAD ATTORNEY
ATTORNEY TO BE NOTICED*

**Sean Patrick Mahard**
(See above for address)
*LEAD ATTORNEY
ATTORNEY TO BE NOTICED*

**Defendant**

**JAMES M. MURRAY**
*in his official capacity as Director, U.S.
Secret Service
TERMINATED: 04/14/2022*

represented by **Christopher Charles Hair**
(See above for address)
*LEAD ATTORNEY
ATTORNEY TO BE NOTICED*

**James George Bartolotto**
(See above for address)
*LEAD ATTORNEY
ATTORNEY TO BE NOTICED*

**Sarah Elisabeth Whitman**
(See above for address)
*LEAD ATTORNEY
ATTORNEY TO BE NOTICED*

**Sean Patrick Mahard**
(See above for address)
*LEAD ATTORNEY
ATTORNEY TO BE NOTICED*

**Defendant**

**JOHN & JANE 1−50 DOES**

**Defendant**

**MICHAEL CARVAJAL**
*In his official capacity as Director of the*

represented by **Christopher Charles Hair**
(See above for address)

*Federal Bureau of Prisons*
*TERMINATED: 04/14/2022*

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**RUSSELL FENNELLY**                          represented by  **James George Bartolotto**
*In his individual capacity and official*                    (See above for address)
*Capacity as Captain of the United States*                   *LEAD ATTORNEY*
*Park Police.*                                               *ATTORNEY TO BE NOTICED*
*TERMINATED: 04/14/2022*

                                                             **Sarah Elisabeth Whitman**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Defendant**

**MARK ADAMCHIK**                             represented by  **James George Bartolotto**
*In his individual capacity and official*                    (See above for address)
*capacity as Incident Commander of the*                      *LEAD ATTORNEY*
*United States Park Police*                                   *ATTORNEY TO BE NOTICED*
*TERMINATED: 04/14/2022*

                                                             **Sarah Elisabeth Whitman**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Defendant**

**FNU SEBERLING**                             represented by  **James George Bartolotto**
*In his individual capacity and official*                    (See above for address)
*capacity as an officer of the United States*                *LEAD ATTORNEY*
*Park Police*                                                *ATTORNEY TO BE NOTICED*
*TERMINATED: 04/14/2022*

                                                             **Sarah Elisabeth Whitman**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Defendant**

**PETER NEWSHAM**                             represented by  **Richard P. Sobiecki**
*In his official capacity as Chief of the*                   OFFICE OF THE ATTORNEY
*Metropolitan Police Department of the*                      GENERAL FOR THE DISTRICT OF
*District of Columbia*                                       COLUMBIA
                                                             400 Sixth Street, NW
                                                             Suite 10100
                                                             Washington, DC 20001
                                                             202−805−7512
                                                             Email: richard.sobiecki@dc.gov
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Brendan Russell Heath**

OFFICE OF THE ATTORNEY
GENERAL FOR THE DISTRICT OF
COLUMBIA
Public Interest, Equity
400 Sixth Street, N.W.
Suite 10100
Washington, DC 20001
202−442−9880
Email: Brendan.Heath@dc.gov
*ATTORNEY TO BE NOTICED*

**Duane Gordon Blackman**
CALEBANDONIAN PLLC
1100 H Street, N.W.
Suite 315
Washington, DC 20005
202−953−9854
Email: duane@calebandonian.com
*TERMINATED: 09/09/2021*
*ATTORNEY TO BE NOTICED*

**Defendant**

**JEFFERY CARROLL**
*In his individual capacity and official
Capacity as Assistant Chief of
Metropolitan Police Department of the
District of Columbia*

represented by **Richard P. Sobiecki**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brendan Russell Heath**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Duane Gordon Blackman**
(See above for address)
*TERMINATED: 09/09/2021*
*ATTORNEY TO BE NOTICED*

**Defendant**

**ANTHONY ALIOTO**
*In his individual capacity and official
Capacity as an officer of Metropolitan
Police Department of the District of
Columbia*

represented by **Richard P. Sobiecki**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brendan Russell Heath**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Duane Gordon Blackman**
(See above for address)
*TERMINATED: 09/09/2021*
*ATTORNEY TO BE NOTICED*

**Defendant**

**S. BUCHANAN**
*In his individual capacity and official capacity as an officer of Metropolitan Police Department of the District of Columbia*

represented by **Richard P. Sobiecki**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brendan Russell Heath**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Duane Gordon Blackman**
(See above for address)
*TERMINATED: 09/09/2021*
*ATTORNEY TO BE NOTICED*

**Defendant**

**FNU HARGROVE**
*In his individual capacity and official capacity as an officer of Metropolitan Police Department of the District of Columbia*

represented by **Richard P. Sobiecki**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brendan Russell Heath**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Duane Gordon Blackman**
(See above for address)
*TERMINATED: 09/09/2021*
*ATTORNEY TO BE NOTICED*

**Defendant**

**C.W MEYER**
*In his individual capacity and official capacity as an officer of Metropolitan Police Department of the District of Columbia*

represented by **Richard P. Sobiecki**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brendan Russell Heath**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Duane Gordon Blackman**
(See above for address)
*TERMINATED: 09/09/2021*
*ATTORNEY TO BE NOTICED*

**Defendant**

**CLIFTON MURPHY**
*In his individual capacity and official capacity as an officer of Metropolitan Police Department of the District of*

represented by **Richard P. Sobiecki**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

10

**Brendan Russell Heath**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Duane Gordon Blackman**
(See above for address)
*TERMINATED: 09/09/2021*
*ATTORNEY TO BE NOTICED*

**Defendant**

**THOMAS PAYNE**
*In his individual capacity and official*
*capacity as an officer of Metropolitan*
*Police Department of the District of*
*Columbia*

represented by  **Richard P. Sobiecki**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brendan Russell Heath**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Duane Gordon Blackman**
(See above for address)
*TERMINATED: 09/09/2021*
*ATTORNEY TO BE NOTICED*

**Defendant**

**FNU TAYLOR**
*In his individual capacity and official*
*capacity as an officer of Metropolitan*
*Police Department of the District of*
*Columbia*

represented by  **Richard P. Sobiecki**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brendan Russell Heath**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Duane Gordon Blackman**
(See above for address)
*TERMINATED: 09/09/2021*
*ATTORNEY TO BE NOTICED*

**Defendant**

**DANIEL THAU**
*In his individual capacity and official*
*capacity as an officer of Metropolitan*
*Police Department of the District of*
*Columbia*

represented by  **Richard P. Sobiecki**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brendan Russell Heath**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Duane Gordon Blackman**

*(See above for address)*
*TERMINATED: 09/09/2021*
*ATTORNEY TO BE NOTICED*

**Defendant**

**ANTHONY A. WILLIS**
*In his individual capacity and official capacity as an officer of Metropolitan Police Department of the District of Columbia*

represented by **Richard P. Sobiecki**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brendan Russell Heath**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Duane Gordon Blackman**
(See above for address)
*TERMINATED: 09/09/2021*
*ATTORNEY TO BE NOTICED*

**Defendant**

**WAYNE VINCENT**
*In his individual capacity and official capacity as a captain of the Arlington County Police Department*

represented by **MinhChau Nguyen Corr**
OFFICE OF THE COUNTY ATTORNEY
2100 Clarendon Blvd.
Suite 403
Arlington, VA 22201
571−882−4617
Email: mcorr@arlingtonva.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan Carson Samuel**
OFFICE OF THE COUNTY ATTORNEY
2100 Clarendon Blvd.
Suite 403
Arlington, VA 22201
703−228−3100
Fax: 703−228−7106
Email: rsamuel@arlingtonva.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**RYAN BLACK**
*In his individual capacity and official capacity as an officer of the Arlington County Police Department*

represented by **MinhChau Nguyen Corr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan Carson Samuel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**RYAN ALLEN**
*In his individual capacity and official
capacity as an officer of the Arlington
County Police Department*

represented by  **MinhChau Nguyen Corr**
(See above for address)
*LEAD ATTORNEY
ATTORNEY TO BE NOTICED*

**Ryan Carson Samuel**
(See above for address)
*LEAD ATTORNEY
ATTORNEY TO BE NOTICED*

**Defendant**

**JOHN & JANE POES 1−50**

**Defendant**

**JOHN & JANE ROES 1−50**

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 06/11/2020 | 1 | | COMPLAINT against WILLIAM P. BARR, JOHN & JANE 1−50 DOES, MARK T. ESPER, GREGORY T. MONAHAN, JAMES M. MURRAY, DONALD J. TRUMP, WILLIAM J. WALKER with Jury Demand ( Filing fee $ 400 receipt number ADCDC−7220930) filed by LINDSAY FIELD, ANN DAGRIN, RADIYA BUCHANAN. (Attachments: # 1 Civil Cover Sheet, # 2 Summons − U.S. Attorney General, D.C., # 3 Summons − William P. Barr − individual capacity, # 4 Summons − William P. Barr − official capacity, # 5 Summons − Mark T. Esper − individual capacity, # 6 Summons − Mark T. Esper − official capacity, # 7 Summons − Gregory T. Monahan − individual capacity, # 8 Summons − Gregory T. Monahan −official capacity, # 9 Summons − James M. Murray − individual capacity, # 10 Summons − James M. Murray − official capacity, # 11 Summons − Donald J. Trump − official capacity, # 12 Summons − William J. Walker − individual capacity, # 13 Summons − William J. Walker − official capacity)(Williams, Greta) (Entered: 06/11/2020) |
| 06/11/2020 | 2 | | NOTICE OF RELATED CASE by RADIYA BUCHANAN, ANN DAGRIN, LINDSAY FIELD. Case related to Case No. Black Lives Matter, D.C., et al. v. Donald J. Trump, et al., 1:20−cv−01469−DLF. (Williams, Greta) (Entered: 06/11/2020) |
| 06/11/2020 | 3 | | NOTICE OF RELATED CASE by RADIYA BUCHANAN, ANN DAGRIN, LINDSAY FIELD. Case related to Case No. Padilla v. Bernhardt, et al., 1:20−cv−01517. (Williams, Greta) (Entered: 06/11/2020) |
| 06/12/2020 | | | Case assigned to Judge Dabney L. Friedrich. (zmc) (Entered: 06/12/2020) |
| 06/15/2020 | 4 | | SUMMONS (7) Issued Electronically as to WILLIAM P. BARR, MARK T. ESPER, GREGORY T. MONAHAN, JAMES M. MURRAY, DONALD J. TRUMP, WILLIAM J. WALKER, and U.S. Attorney (Attachment: # 1 Notice and Consent)(zmc) (Entered: 06/15/2020) |
| 06/16/2020 | 5 | | |

| | | |
|---|---|---|
| | | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− ANNE CHAMPION, Filing fee $ 100, receipt number ADCDC−7236885. Fee Status: Fee Paid. by RADIYA BUCHANAN, ANN DAGRIN, LINDSAY FIELD (Attachments: # 1 Declaration of Anne Champion, # 2 Text of Proposed Order)(Williams, Greta) (Entered: 06/16/2020) |
| 06/16/2020 | 6 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− AMANDA LeSAVAGE, Filing fee $ 100, receipt number ADCDC−7236902. Fee Status: Fee Paid. by RADIYA BUCHANAN, ANN DAGRIN, LINDSAY FIELD (Attachments: # 1 Declaration of Amanda LeSavage, # 2 Text of Proposed Order)(Williams, Greta) (Entered: 06/16/2020) |
| 06/16/2020 | 7 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− KATHERINE MARQUART, Filing fee $ 100, receipt number ADCDC−7236907. Fee Status: Fee Paid. by RADIYA BUCHANAN, ANN DAGRIN, LINDSAY FIELD (Attachments: # 1 Declaration of Katherine Marquart, # 2 Text of Proposed Order)(Williams, Greta) (Entered: 06/16/2020) |
| 06/16/2020 | 8 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− LEE CRAIN, Filing fee $ 100, receipt number ADCDC−7236909. Fee Status: Fee Paid. by RADIYA BUCHANAN, ANN DAGRIN, LINDSAY FIELD (Attachments: # 1 Declaration of Lee Crain, # 2 Text of Proposed Order)(Williams, Greta) (Entered: 06/16/2020) |
| 06/16/2020 | 9 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− MYLAN DENERSTEIN, Filing fee $ 100, receipt number ADCDC−7236915. Fee Status: Fee Paid. by RADIYA BUCHANAN, ANN DAGRIN, LINDSAY FIELD (Attachments: # 1 Declaration of Mylan Denerstein, # 2 Text of Proposed Order)(Williams, Greta) (Entered: 06/16/2020) |
| 06/16/2020 | 10 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− ORIN SNYDER, Filing fee $ 100, receipt number ADCDC−7236919. Fee Status: Fee Paid. by RADIYA BUCHANAN, ANN DAGRIN, LINDSAY FIELD (Attachments: # 1 Declaration of Orin Snyder, # 2 Text of Proposed Order)(Williams, Greta) (Entered: 06/16/2020) |
| 06/16/2020 | 11 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− RANDY M. MASTRO, Filing fee $ 100, receipt number ADCDC−7236924. Fee Status: Fee Paid. by RADIYA BUCHANAN, ANN DAGRIN, LINDSAY FIELD (Attachments: # 1 Declaration of Randy M. Mastro, # 2 Text of Proposed Order)(Williams, Greta) (Entered: 06/16/2020) |
| 06/18/2020 | | MINUTE ORDER granting 5 Motion for Leave for Attorney Anne Champion to Appear Pro Hac Vice. **Counsel should register for e−filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a). Click for instructions**. So Ordered by Judge Dabney L. Friedrich on June 18, 2020. (lcdlf1) (Entered: 06/18/2020) |
| 06/18/2020 | | MINUTE ORDER granting 6 Motion for Leave for Attorney Amanda LeSavage to Appear Pro Hac Vice. **Counsel should register for e−filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a). Click for instructions**. So Ordered by Judge Dabney L. Friedrich on June 18, 2020. (lcdlf1) (lcdlf1, ) (Entered: 06/18/2020) |
| 06/18/2020 | | |

| | | |
|---|---|---|
| | | MINUTE ORDER granting <u>7</u> Motion for Leave for Attorney Katherine Marquart to Appear Pro Hac Vice. **Counsel should register for e−filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a). <u>Click for instructions</u>**. So Ordered by Judge Dabney L. Friedrich on June 18, 2020. (lcdlf1) (Entered: 06/18/2020) |
| 06/18/2020 | | MINUTE ORDER granting <u>8</u> Motion for Leave for Attorney Lee Crain to Appear Pro Hac Vice. **Counsel should register for e−filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a). <u>Click for instructions</u>**. So Ordered by Judge Dabney L. Friedrich on June 18, 2020. (lcdlf1) (Entered: 06/18/2020) |
| 06/18/2020 | | MINUTE ORDER granting <u>9</u> Motion for Leave for Attorney Mylan Denerstein to Appear Pro Hac Vice. **Counsel should register for e−filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a). <u>Click for instructions</u>**. So Ordered by Judge Dabney L. Friedrich on June 18, 2020. (lcdlf1) (Entered: 06/18/2020) |
| 06/18/2020 | | MINUTE ORDER granting <u>10</u> Motion for Leave for Attorney Orin Snyder to Appear Pro Hac Vice. **Counsel should register for e−filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a). <u>Click for instructions</u>**. So Ordered by Judge Dabney L. Friedrich on June 18, 2020. (lcdlf1) (Entered: 06/18/2020) |
| 06/18/2020 | | MINUTE ORDER granting <u>11</u> Motion for Leave for Attorney Randy M. Mastro to Appear Pro Hac Vice. **Counsel should register for e−filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a). <u>Click for instructions</u>**. So Ordered by Judge Dabney L. Friedrich on June 18, 2020. (lcdlf1) (Entered: 06/18/2020) |
| 06/23/2020 | <u>12</u> | NOTICE of Appearance by Orin Samuel Snyder on behalf of RADIYA BUCHANAN, ANN DAGRIN, LINDSAY FIELD (Snyder, Orin) (Entered: 06/23/2020) |
| 06/23/2020 | <u>13</u> | NOTICE of Appearance by Randy M. Mastro on behalf of RADIYA BUCHANAN, ANN DAGRIN, LINDSAY FIELD (Mastro, Randy) (Entered: 06/23/2020) |
| 06/23/2020 | <u>14</u> | NOTICE of Appearance by Katherine Michelle Marquart on behalf of RADIYA BUCHANAN, ANN DAGRIN, LINDSAY FIELD (Marquart, Katherine) (Entered: 06/23/2020) |
| 06/23/2020 | <u>15</u> | NOTICE of Appearance by Mylan L. Denerstein on behalf of RADIYA BUCHANAN, ANN DAGRIN, LINDSAY FIELD (Denerstein, Mylan) (Entered: 06/23/2020) |
| 06/23/2020 | <u>16</u> | NOTICE of Appearance by Anne M. Champion on behalf of RADIYA BUCHANAN, ANN DAGRIN, LINDSAY FIELD (Champion, Anne) (Entered: 06/23/2020) |
| 06/23/2020 | <u>17</u> | NOTICE of Appearance by Amanda LeSavage on behalf of RADIYA BUCHANAN, ANN DAGRIN, LINDSAY FIELD (LeSavage, Amanda) (Entered: 06/23/2020) |
| 06/23/2020 | <u>18</u> | NOTICE of Appearance by Lee Ross Crain on behalf of RADIYA BUCHANAN, ANN DAGRIN, LINDSAY FIELD (Crain, Lee) (Entered: |

| | | |
|---|---|---|
| 07/14/2020 | 19 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed on United States Attorney General. Date of Service Upon United States Attorney General 06/19/2020., RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed as to the United States Attorney. Date of Service Upon United States Attorney on 6/19/2020. ( Answer due for ALL FEDERAL DEFENDANTS by 8/18/2020.), RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. WILLIAM P. BARR served on 6/19/2020; MARK T. ESPER served on 6/19/2020; GREGORY T. MONAHAN served on 6/19/2020; JAMES M. MURRAY served on 6/19/2020; DONALD J. TRUMP served on 6/19/2020; WILLIAM J. WALKER served on 6/19/2020 (Williams, Greta) (Entered: 07/14/2020) |
| 08/13/2020 | 20 | NOTICE of Appearance by James George Bartolotto on behalf of WILLIAM P. BARR, MARK T. ESPER, GREGORY T. MONAHAN, JAMES M. MURRAY, WILLIAM J. WALKER (Bartolotto, James) (Entered: 08/13/2020) |
| 08/13/2020 | 21 | NOTICE of Appearance by Sarah Elisabeth Whitman on behalf of WILLIAM P. BARR, MARK T. ESPER, GREGORY T. MONAHAN, JAMES M. MURRAY, WILLIAM J. WALKER (Whitman, Sarah) (Entered: 08/13/2020) |
| 08/13/2020 | 22 | NOTICE of Appearance by Christopher Charles Hair on behalf of WILLIAM P. BARR, MARK T. ESPER, GREGORY T. MONAHAN, JAMES M. MURRAY, DONALD J. TRUMP, WILLIAM J. WALKER (Hair, Christopher) (Entered: 08/13/2020) |
| 08/14/2020 | 23 | Joint MOTION for Briefing Schedule by WILLIAM P. BARR, MARK T. ESPER, GREGORY T. MONAHAN, JAMES M. MURRAY, DONALD J. TRUMP, WILLIAM J. WALKER (Hair, Christopher) (Entered: 08/14/2020) |
| 08/14/2020 | 24 | Joint MOTION for Briefing Schedule *(corrected to include text of proposed order)* by WILLIAM P. BARR, MARK T. ESPER, GREGORY T. MONAHAN, JAMES M. MURRAY, DONALD J. TRUMP, WILLIAM J. WALKER (Attachments: # 1 Text of Proposed Order)(Hair, Christopher) (Entered: 08/14/2020) |
| 08/17/2020 | | MINUTE ORDER. Upon consideration of the parties' 23 Joint Motion for Briefing Schedule, it is ORDERED that the motion is GRANTED. Accordingly, the following schedule shall govern further proceedings: all defendants shall file their motions to dismiss on or before October 1, 2020; the plaintiffs shall file their oppositions to the defendants' motions to dismiss on or before November 19, 2020; and all defendants shall reply to the plaintiffs' oppositions on or before December 17, 2020. So Ordered by Judge Dabney L. Friedrich on August 17, 2020. (lcdlf2) (Entered: 08/17/2020) |
| 08/17/2020 | | Set/Reset Deadlines: Dispositive Motions due by 10/1/2020. Response to Dispositive Motions due by 11/19/2020. Reply to Dispositive Motions due by 12/17/2020. (zjch) (Entered: 08/17/2020) |
| 08/19/2020 | | MINUTE ORDER. Given that cases 20−cv−1469 and 20−cv−1542 appear to raise common questions of law and fact, the Court directs the parties in both cases to confer and file, on or before August 24, 2020, a proposed consolidated briefing schedule, or explain to the Court why briefing schedules should not be consolidated pursuant to Federal Rule of Civil Procedure 42(a). Signed by |

| | | | |
|---|---|---|---|
| | | | Judge Dabney L. Friedrich on August 19, 2020. (lcdlf2) (Entered: 08/19/2020) |
| 08/19/2020 | | | Set/Reset Deadlines: Proposed Briefing Schedule due by 8/24/2020 (zjch) (Entered: 08/19/2020) |
| 08/24/2020 | 25 | | RESPONSE TO ORDER OF THE COURT re Order, *(Joint Response to the Court's August 19, 2020 Order)* filed by WILLIAM P. BARR, MARK T. ESPER, GREGORY T. MONAHAN, JAMES M. MURRAY, DONALD J. TRUMP, WILLIAM J. WALKER. (Attachments: # 1 Text of Proposed Order)(Hair, Christopher) (Entered: 08/24/2020) |
| 08/24/2020 | | | MINUTE ORDER. Upon consideration of the parties' 25 Response to the Court's August 19, 2020 Order, it is ORDERED that the plaintiffs shall file any motion to amend the complaint on or before September 1, 2020. Signed by Judge Dabney L. Friedrich on August 24, 2020. (lcdlf2) (Entered: 08/24/2020) |
| 08/24/2020 | | | Set/Reset Deadlines: Motions due by 9/1/2020. (zjch) (Entered: 08/25/2020) |
| 09/01/2020 | 26 | | Unopposed MOTION for Leave to File *Amended Complaint* by RADIYA BUCHANAN, ANN DAGRIN, LINDSAY FIELD (Attachments: # 1 Memorandum in Support, # 2 Exhibit A − First Amended Complaint, # 3 Exhibit B − Redline First Amended Complaint, # 4 Text of Proposed Order)(Williams, Greta) (Entered: 09/01/2020) |
| 09/01/2020 | 27 | | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− Brittany Raia, Filing fee $ 100, receipt number ADCDC−7538000. Fee Status: Fee Paid. by RADIYA BUCHANAN, ANN DAGRIN, LINDSAY FIELD (Attachments: # 1 Exhibit A− Declaration of Brittany Raia, # 2 Text of Proposed Order)(Williams, Greta) (Entered: 09/01/2020) |
| 09/01/2020 | 28 | | NOTICE of Appearance by Matthew Guice Aiken on behalf of RADIYA BUCHANAN, ANN DAGRIN, LINDSAY FIELD (Aiken, Matthew) (Entered: 09/01/2020) |
| 09/02/2020 | | | MINUTE ORDER granting 27 Motion for Pro Hac Vice Admission of attorney Brittney Raia. **Counsel should register for e−filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a). Click for instructions**. Signed by Judge Dabney L. Friedrich on September 2, 2020. (lcdlf2) (Entered: 09/02/2020) |
| 09/03/2020 | | | MINUTE ORDER. Upon consideration of the plaintiffs' 26 Unopposed Motion for Leave to File Amended Complaint, it is ORDERED that the motion is GRANTED. The plaintiffs' [26−2] First Amended Complaint shall be accepted for filing. Signed by Judge Dabney L. Friedrich on September 3, 2020. (lcdlf2) (Entered: 09/03/2020) |
| 09/03/2020 | 29 | | AMENDED COMPLAINT against All Defendants with Jury Demand filed by ANN DAGRIN, RADIYA BUCHANAN, LINDSAY FIELD.(eg) (Entered: 09/03/2020) |
| 09/04/2020 | 30 | | REQUEST FOR SUMMONS TO ISSUE re 29 Amended Complaint filed by ANN DAGRIN, RADIYA BUCHANAN, LINDSAY FIELD. Related document: 29 Amended Complaint filed by LINDSAY FIELD, ANN DAGRIN, RADIYA BUCHANAN. (Attachments: # 1 Summons, # 2 Summons, # 3 Summons, # 4 Summons, # 5 Summons, # 6 Summons, # 7 Summons, # 8 Summons, # 9 Summons, # 10 Summons, # 11 Summons, # 12 |

| | | |
|---|---|---|
| | | Summons, # 13 Summons, # 14 Summons, # 15 Summons, # 16 Summons, # 17 Summons, # 18 Summons, # 19 Summons, # 20 Summons, # 21 Summons, # 22 Summons, # 23 Summons, # 24 Summons, # 25 Summons, # 26 Summons, # 27 Summons, # 28 Summons, # 29 Summons, # 30 Summons, # 31 Summons, # 32 Summons, # 33 Summons)(Williams, Greta) (Entered: 09/04/2020) |
| 09/08/2020 | 31 | SUMMONS (34) Issued Electronically as to MARK ADAMCHIK, ANTHONY ALIOTO, RYAN ALLEN, RYAN BLACK, S. BUCHANAN, JEFFERY CARROLL, MICHAEL CARVAJAL, RUSSELL FENNELLY, FNU HARGROVE, C.W MEYER, CLIFTON MURPHY, PETER NEWSHAM, THOMAS PAYNE, FNU SEBERLING, FNU TAYLOR, DANIEL THAU, WAYNE VINCENT, ANTHONY A. WILLIS. (Attachment: # 1 Notice and Consent)(eg) (Entered: 09/08/2020) |
| 09/09/2020 | 32 | STANDARD ORDER for Civil Cases. See text for details. Signed by Judge Dabney L. Friedrich on September 9, 2020. (lcdlf2) (Entered: 09/09/2020) |
| 10/01/2020 | 33 | NOTICE of Appearance by Sean Patrick Mahard on behalf of WILLIAM P. BARR, MARK T. ESPER, GREGORY T. MONAHAN, JAMES M. MURRAY, DONALD J. TRUMP, WILLIAM J. WALKER (Mahard, Sean) (Entered: 10/01/2020) |
| 10/01/2020 | 34 | MOTION to Dismiss *All Individual−Capacity Claims* by WILLIAM P. BARR, GREGORY T. MONAHAN (Attachments: # 1 Text of Proposed Order)(Whitman, Sarah) (Entered: 10/01/2020) |
| 10/01/2020 | 35 | MOTION to Dismiss *All Official−Capacity Claims* by WILLIAM P. BARR, MARK T. ESPER, GREGORY T. MONAHAN, JAMES M. MURRAY, DONALD J. TRUMP, WILLIAM J. WALKER (Attachments: # 1 Memorandum in Support, # 2 Text of Proposed Order)(Mahard, Sean) (Entered: 10/01/2020) |
| 10/02/2020 | 36 | MOTION to Dismiss by RYAN ALLEN, RYAN BLACK, WAYNE VINCENT (Attachments: # 1 Declaration, # 2 Declaration, # 3 Declaration, # 4 Exhibit, # 5 Exhibit)(Samuel, Ryan) (Entered: 10/02/2020) |
| 10/06/2020 | 37 | NOTICE of Appearance by Richard P. Sobiecki on behalf of ANTHONY ALIOTO, S. BUCHANAN, JEFFERY CARROLL, FNU HARGROVE, C.W MEYER, CLIFTON MURPHY, PETER NEWSHAM, THOMAS PAYNE, FNU TAYLOR, DANIEL THAU, ANTHONY A. WILLIS (Sobiecki, Richard) (Entered: 10/06/2020) |
| 10/09/2020 | 38 | Consent MOTION and Statement of Points and Authorities for Briefing Schedule by RADIYA BUCHANAN, ANN DAGRIN (Attachments: # 1 Text of Proposed Order)(Williams, Greta) (Entered: 10/09/2020) |
| 10/12/2020 | | MINUTE ORDER granting the plaintiffs' 38 Consent Motion to Set a Briefing Schedule. Accordingly, plaintiffs shall file their opposition to the Arlington County defendants' motion to dismiss on or before November 19, 2020. The Arlington County defendants shall reply to plaintiffs' opposition on or before December 17, 2020. So ordered by Judge Dabney L. Friedrich on October 12, 2020. (lcdlf3) (Entered: 10/12/2020) |
| 10/12/2020 | 39 | |

| | | |
|---|---|---|
| | | Joint MOTION for Briefing Schedule by ANTHONY ALIOTO, S. BUCHANAN, JEFFERY CARROLL, FNU HARGROVE, C.W MEYER, CLIFTON MURPHY, PETER NEWSHAM, THOMAS PAYNE, FNU TAYLOR, DANIEL THAU, ANTHONY A. WILLIS (Attachments: # 1 Memorandum in Support, # 2 Text of Proposed Order)(Sobiecki, Richard) (Entered: 10/12/2020) |
| 10/13/2020 | | MINUTE ORDER granting the parties' 39 Joint Motion for Briefing Schedule. Accordingly, the following schedule shall govern further proceedings: the district defendants shall file their motion to dismiss on or before December 1, 2020; plaintiffs shall file their opposition to the motion on or before January 22, 2021; and the district defendants shall reply to plaintiffs' opposition on or before February 22, 2021. So ordered by Judge Dabney L. Friedrich on October 13, 2020. (lcdlf3) (Entered: 10/13/2020) |
| 10/27/2020 | 40 | NOTICE of Appearance by James George Bartolotto on behalf of MARK ADAMCHIK, RUSSELL FENNELLY, FNU SEBERLING (Bartolotto, James) (Entered: 10/27/2020) |
| 11/02/2020 | 41 | NOTICE of Appearance by Sarah Elisabeth Whitman on behalf of MARK ADAMCHIK, RUSSELL FENNELLY, FNU SEBERLING (Whitman, Sarah) (Entered: 11/02/2020) |
| 11/06/2020 | 42 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed as to the United States Attorney. Date of Service Upon United States Attorney on 9/14/2020. ( Answer due for ALL FEDERAL DEFENDANTS by 11/13/2020.), RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed on United States Attorney General. Date of Service Upon United States Attorney General 09/18/2020., RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed on the Mayor of the District of Columbia. Date of Service Upon the Mayor for the District of Columbia on 09/18/2020., RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. MARK ADAMCHIK served on 9/16/2020; ANTHONY ALIOTO served on 9/21/2020; S. BUCHANAN served on 9/21/2020; JEFFERY CARROLL served on 9/21/2020; MICHAEL CARVAJAL served on 9/16/2020; RUSSELL FENNELLY served on 9/16/2020; FNU HARGROVE served on 9/21/2020; C.W MEYER served on 9/21/2020; CLIFTON MURPHY served on 9/21/2020; PETER NEWSHAM served on 9/21/2020; THOMAS PAYNE served on 9/21/2020; FNU SEBERLING served on 9/16/2020; FNU TAYLOR served on 9/21/2020; DANIEL THAU served on 9/21/2020; ANTHONY A. WILLIS served on 9/21/2020, RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. MARK ADAMCHIK served on 9/16/2020; ANTHONY ALIOTO served on 9/21/2020; S. BUCHANAN served on 9/21/2020; JEFFERY CARROLL served on 9/21/2020; MICHAEL CARVAJAL served on 9/16/2020; RUSSELL FENNELLY served on 9/16/2020; FNU HARGROVE served on 9/21/2020; C.W MEYER served on 9/21/2020; CLIFTON MURPHY served on 9/21/2020; PETER NEWSHAM served on 9/21/2020; THOMAS PAYNE served on 9/21/2020; FNU SEBERLING served on 9/16/2020; FNU TAYLOR served on 9/21/2020; DANIEL THAU served on 9/21/2020; ANTHONY A. WILLIS served on 9/21/2020, RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed as to the District of Columbia Attorney General. Date of Service Upon District of Columbia Attorney General 9/14/2020. ( Answer due for ALL D.C. DEFENDANTS by |

| | | |
|---|---|---|
| | | 10/12/2020.), RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. MARK ADAMCHIK served on 9/16/2020; ANTHONY ALIOTO served on 9/21/2020; S. BUCHANAN served on 9/21/2020; JEFFERY CARROLL served on 9/21/2020; MICHAEL CARVAJAL served on 9/16/2020; RUSSELL FENNELLY served on 9/16/2020; FNU HARGROVE served on 9/21/2020; C.W MEYER served on 9/21/2020; CLIFTON MURPHY served on 9/21/2020; PETER NEWSHAM served on 9/21/2020; THOMAS PAYNE served on 9/21/2020; FNU SEBERLING served on 9/16/2020; FNU TAYLOR served on 9/21/2020; DANIEL THAU served on 9/21/2020; ANTHONY A. WILLIS served on 9/21/2020 (Williams, Greta) (Entered: 11/06/2020) |
| 11/06/2020 | 43 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. ANTHONY ALIOTO served on 9/17/2020; CLIFTON MURPHY served on 9/16/2020; DANIEL THAU served on 9/16/2020; ANTHONY A. WILLIS served on 9/14/2020 (Williams, Greta) (Entered: 11/06/2020) |
| 11/06/2020 | 44 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. RYAN ALLEN served on 9/11/2020; RYAN BLACK served on 9/11/2020; WAYNE VINCENT served on 9/14/2020 (Williams, Greta) (Entered: 11/06/2020) |
| 11/06/2020 | 45 | ENTERED IN ERROR.....RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. RYAN ALLEN served on 9/14/2020, answer due 10/5/2020; RYAN BLACK served on 9/14/2020, answer due 10/5/2020 (Williams, Greta) Modified on 11/10/2020 (eg). (Entered: 11/06/2020) |
| 11/06/2020 | 46 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. MARK ADAMCHIK served on 10/24/2020, answer due 11/14/2020 (Williams, Greta) (Entered: 11/06/2020) |
| 11/06/2020 | 47 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. RUSSELL FENNELLY served on 10/26/2020, answer due 11/16/2020 (Williams, Greta) (Entered: 11/06/2020) |
| 11/06/2020 | 48 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. FNU SEBERLING served on 10/26/2020, answer due 11/16/2020 (Williams, Greta) (Entered: 11/06/2020) |
| 11/10/2020 | | NOTICE OF CORRECTED DOCKET ENTRY: re 45 Summons Returned Executed was entered in error as a duplicate to Docket Entry 44 . (eg) (Entered: 11/10/2020) |
| 11/10/2020 | 49 | Unopposed MOTION for Leave to File Excess Pages / *PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF IN OPPOSITION TO FEDERAL DEFENDANTS' MOTIONS TO DISMISS* by RADIYA BUCHANAN, ANN DAGRIN, LINDSAY FIELD (Attachments: # 1 Text of Proposed Order)(Williams, Greta) (Entered: 11/10/2020) |
| 11/12/2020 | | MINUTE ORDER granting the plaintiffs' 49 Unopposed Motion for Leave to File Excess Pages. Accordingly, in responding to the two motions to dismiss, plaintiffs are granted leave to file, in lieu of two separate briefs, a single omnibus brief of no more than 90 pages. So ordered by Judge Dabney L. Friedrich on November 12, 2020. (lcdlf3) (Entered: 11/12/2020) |

| | | |
|---|---|---|
| 11/19/2020 | 50 | Memorandum in opposition to re 36 MOTION to Dismiss filed by RADIYA BUCHANAN, ANN DAGRIN, LINDSAY FIELD. (Williams, Greta) (Entered: 11/19/2020) |
| 11/19/2020 | 51 | Memorandum in opposition to re 35 MOTION to Dismiss *All Official−Capacity Claims*, 34 MOTION to Dismiss *All Individual−Capacity Claims* filed by RADIYA BUCHANAN, ANN DAGRIN, LINDSAY FIELD. (Williams, Greta) (Entered: 11/19/2020) |
| 11/19/2020 | 52 | NOTICE of Appearance by Naima Lillian Farrell on behalf of RADIYA BUCHANAN, ANN DAGRIN, LINDSAY FIELD (Farrell, Naima) (Entered: 11/19/2020) |
| 12/01/2020 | 53 | NOTICE of Appearance by Brendan Russell Heath on behalf of ANTHONY ALIOTO, S. BUCHANAN, JEFFERY CARROLL, FNU HARGROVE, C.W MEYER, CLIFTON MURPHY, PETER NEWSHAM, THOMAS PAYNE, FNU TAYLOR, DANIEL THAU, ANTHONY A. WILLIS (Heath, Brendan) (Entered: 12/01/2020) |
| 12/01/2020 | 54 | MOTION to Dismiss by ANTHONY ALIOTO, S. BUCHANAN, JEFFERY CARROLL, FNU HARGROVE, C.W MEYER, CLIFTON MURPHY, PETER NEWSHAM, THOMAS PAYNE, FNU TAYLOR, DANIEL THAU, ANTHONY A. WILLIS (Attachments: # 1 Memorandum in Support, # 2 Text of Proposed Order)(Blackman, Duane) (Entered: 12/01/2020) |
| 12/02/2020 | 55 | Joint MOTION for Briefing Schedule by MARK ADAMCHIK, RUSSELL FENNELLY, FNU SEBERLING (Attachments: # 1 Text of Proposed Order)(Whitman, Sarah) (Entered: 12/02/2020) |
| 12/03/2020 | | MINUTE ORDER. Upon consideration of the 55 Joint Motion to Set Briefing Schedule, it is ORDERED that the motion is GRANTED. Accordingly, on or before January 11, 2021, defendants Adamchik, Fennelly, and Seiberling shall file their single, consolidated Motion to Dismiss; on or before February 8, 2021, the plaintiffs shall file their opposition; and on or before March 8, 2021, defendants Adamchik, Fennelly, and Seiberling shall file their reply. So ordered by Judge Dabney L. Friedrich on December 3, 2020. (lcdlf3) (Entered: 12/03/2020) |
| 12/17/2020 | 56 | REPLY to opposition to motion re 34 MOTION to Dismiss *All Individual−Capacity Claims* filed by WILLIAM P. BARR, GREGORY T. MONAHAN. (Whitman, Sarah) (Entered: 12/17/2020) |
| 12/17/2020 | 57 | REPLY to opposition to motion re 36 MOTION to Dismiss filed by RYAN ALLEN, RYAN BLACK, WAYNE VINCENT. (Samuel, Ryan) (Entered: 12/17/2020) |
| 12/17/2020 | 58 | REPLY to opposition to motion re 35 MOTION to Dismiss *All Official−Capacity Claims* filed by WILLIAM P. BARR, MARK T. ESPER, GREGORY T. MONAHAN, JAMES M. MURRAY, DONALD J. TRUMP, WILLIAM J. WALKER. (Mahard, Sean) (Entered: 12/17/2020) |
| 01/11/2021 | 59 | MOTION to Dismiss *All Individual−Capacity Claims* by MARK ADAMCHIK, RUSSELL FENNELLY, FNU SEBERLING (Attachments: # 1 Text of Proposed Order)(Whitman, Sarah) (Entered: 01/11/2021) |
| 01/12/2021 | 60 | |

| | | | |
|---|---|---|---|
| | | | NOTICE of Appearance by MinhChau Nguyen Corr on behalf of RYAN ALLEN, RYAN BLACK, WAYNE VINCENT (Corr, MinhChau) (Entered: 01/12/2021) |
| 01/22/2021 | 61 | | Memorandum in opposition to re 54 MOTION to Dismiss filed by RADIYA BUCHANAN, ANN DAGRIN, LINDSAY FIELD. (Williams, Greta) (Entered: 01/22/2021) |
| 02/08/2021 | 62 | | Memorandum in opposition to re 59 MOTION to Dismiss *All Individual−Capacity Claims* filed by RADIYA BUCHANAN, ANN DAGRIN, LINDSAY FIELD. (Williams, Greta) (Entered: 02/08/2021) |
| 02/22/2021 | 63 | | REPLY to opposition to motion re 54 MOTION to Dismiss filed by ANTHONY ALIOTO, S. BUCHANAN, JEFFERY CARROLL, FNU HARGROVE, C.W MEYER, CLIFTON MURPHY, PETER NEWSHAM, THOMAS PAYNE, FNU TAYLOR, DANIEL THAU, ANTHONY A. WILLIS. (Blackman, Duane) (Entered: 02/22/2021) |
| 03/08/2021 | 64 | | REPLY to opposition to motion re 59 MOTION to Dismiss *All Individual−Capacity Claims* filed by MARK ADAMCHIK, RUSSELL FENNELLY, FNU SEBERLING. (Whitman, Sarah) (Entered: 03/08/2021) |
| 05/19/2021 | 65 | | Unopposed MOTION for Leave to File *Supplemental Memorandum In Further Support of Motion to Dismiss* by WILLIAM P. BARR, MICHAEL CARVAJAL, MARK T. ESPER, GREGORY T. MONAHAN, JAMES M. MURRAY, DONALD J. TRUMP, WILLIAM J. WALKER. (Attachments: # 1 Supplemental Memorandum)(Hair, Christopher) (Entered: 05/19/2021) |
| 05/20/2021 | | | NOTICE of Hearing: Motion Hearing set for 5/28/2021 at 10:15 AM via Video before Judge Dabney L. Friedrich. (zjch) (Entered: 05/20/2021) |
| 05/26/2021 | 66 | | RESPONSE *to United States' Supplemental Memorandum in Further Support of its Motion to Dismiss* filed by RADIYA BUCHANAN, ANN DAGRIN, LINDSAY FIELD. (Williams, Greta) (Entered: 05/26/2021) |
| 05/28/2021 | | | Minute Entry for proceedings held before Judge Dabney L. Friedrich: Motion Hearing held on 5/28/2021 re (76 in 1:20−cv−01469−DLF) MOTION to Dismiss *All Individual Capacity Claims* filed by WILLIAM P. BARR, (21 in 1:20−cv−02163−DLF) MOTION to Dismiss *Plaintiff's Claims Against Official−Capacity Federal Defendants* filed by WILLIAM P. BARR, MARK T. ESPER, DONALD J. TRUMP, GREGORY T. MONAHAN, WILLIAM J. WALKER, JAMES M. MURRAY, JAMES C. MCCONVILLE, (143 in 1:20−cv−01469−DLF) MOTION to Dismiss filed by THOMAS LOCASICO, (79 in 1:20−cv−01469−DLF) MOTION to Dismiss *Plaintiffs' Claims Against Official Capacity Federal Defendants* filed by MARK T. ESPER, WILLIAM P. BARR, DONALD J. TRUMP, MICHAEL D. CARVAJAL, GREGORY T. MONAHAN, WILLIAM J. WALKER, JAMES M. MURRAY, (19 in 1:20−cv−01622−DLF) MOTION to Dismiss *Plaintiff's Claims Against Official−Capacity Federal Defendants* filed by MARK T. ESPER, WILLIAM P. BARR, DONALD J. TRUMP, GREGORY T. MONAHAN, WILLIAM J. WALKER, JAMES M. MURRAY, JAMES C. MCCONVILLE, (142 in 1:20−cv−01469−DLF) MOTION to Dismiss *All Individual−Capacity Claims* filed by SEAN KELLENBERGER, (146 in 1:20−cv−01469−DLF) MOTION to Dismiss filed by LAWRENCE SINACORE, SEAN COX, JONATHAN DANIELS, LUIS FELICIANO, JEFFREY HENDRICKSON, NICHOLAS |

| | | |
|---|---|---|
| | | JARMUZEWSKI, CARA SEIBERLING, BRYAN MCDONALD, (97 in 1:20−cv−01469−DLF) MOTION to Dismiss filed by MARK ADAMCHIK, (54 in 1:20−cv−01542−DLF) MOTION to Dismiss filed by FNU TAYLOR, FNU HARGROVE, ANTHONY A. WILLIS, PETER NEWSHAM, S. BUCHANAN, ANTHONY ALIOTO, DANIEL THAU, JEFFERY CARROLL, C.W MEYER, CLIFTON MURPHY, THOMAS PAYNE, (59 in 1:20−cv−01542−DLF) MOTION to Dismiss *All Individual−Capacity Claims* filed by RUSSELL FENNELLY, FNU SEBERLING, MARK ADAMCHIK, (80 in 1:20−cv−01469−DLF) MOTION to Dismiss filed by ANTHONY A. WILLIS, PETER NEWSHAM, S. BUCHANAN, ANTHONY ALIOTO, T.C. PAYNE, C.J. MURPHY, FIRST NAME UNKNOWN HARGROVE, JEFFERY CARROLL, DANIEL M. THAU, FIRST NAME UNKNOWN TAYLOR, C.W. MEYER, (83 in 1:20−cv−01469−DLF) MOTION to Dismiss filed by WAYNE VINCENT, (20 in 1:20−cv−01622−DLF) MOTION to Dismiss *Plaintiff's Claims Against Attorney General William P. Barr in his Individual Capacity* filed by WILLIAM P. BARR, (34 in 1:20−cv−01542−DLF) MOTION to Dismiss *All Individual−Capacity Claims* filed by GREGORY T. MONAHAN, WILLIAM P. BARR, (36 in 1:20−cv−01542−DLF) MOTION to Dismiss filed by RYAN ALLEN, RYAN BLACK, WAYNE VINCENT, (22 in 1:20−cv−02163−DLF) MOTION to Dismiss *Plaintiff's Claims Against Attorney General William P. Barr in his Individual Capacity* filed by WILLIAM P. BARR. Court Reporter Sara Wick. (zjch) (Entered: 05/28/2021) |
| 06/15/2021 | 67 | MOTION for Leave to File *Supplemental Memorandum in Further Opposition to Defendants' Motion to Dismiss* by RADIYA BUCHANAN, ANN DAGRIN, LINDSAY FIELD. (Attachments: # 1 Supplemental Memorandum, # 2 Exhibit A to Supplemental Memorandum)(Williams, Greta) (Entered: 06/15/2021) |
| 06/15/2021 | | MINUTE ORDER. Upon consideration of the plaintiffs' 67 Motion for Leave to File Supplemental Memorandum, the motion is DENIED. So ordered by Judge Dabney L. Friedrich on June 15, 2021. (lcdlf3) (Entered: 06/15/2021) |
| 06/21/2021 | 68 | ORDER regarding the defendants' Motions to Dismiss. See text for details. Signed by Judge Dabney L. Friedrich on June 21, 2021. (lcdlf3) (Entered: 06/21/2021) |
| 06/21/2021 | 69 | MEMORANDUM OPINION regarding the defendants' Motions to Dismiss. See text for details. Signed by Judge Dabney L. Friedrich on June 21, 2021. (lcdlf3) (Main Document 69 replaced on 8/26/2021) (zjch, ). (Entered: 06/21/2021) |
| 06/21/2021 | | Set/Reset Deadlines: Responses due by 7/21/2021 (zjch) (Entered: 06/21/2021) |
| 07/02/2021 | 70 | Consent MOTION for Extension of Time to File Answer re 29 Amended Complaint *(for all Defendants)* by WILLIAM P. BARR, MICHAEL CARVAJAL, MARK T. ESPER, GREGORY T. MONAHAN, JAMES M. MURRAY, DONALD J. TRUMP, WILLIAM J. WALKER. (Hair, Christopher) (Entered: 07/02/2021) |
| 07/06/2021 | | MINUTE ORDER granting the defendants' 70 Consent Motion for Extension of Time. Accordingly, the defendants shall file an answer or otherwise respond to the Complaint on or before August 5, 2021. So Ordered by Judge Dabney L. Friedrich on July 6, 2021. (lcdlf3) (Entered: 07/06/2021) |

| 07/06/2021 | | | Set/Reset Deadlines: Answer due by 8/5/2021, (zjch) (Entered: 07/07/2021) |
|---|---|---|---|
| 07/14/2021 | 71 | | Joint MOTION to Stay by RADIYA BUCHANAN, ANN DAGRIN, LINDSAY FIELD. (Attachments: # 1 Text of Proposed Order)(Williams, Greta) (Entered: 07/14/2021) |
| 07/14/2021 | | | MINUTE ORDER granting the parties' 71 Joint Motion to Stay the case and all pretrial deadlines pending ongoing settlement negotiations. The stay shall remain in effect until September 12, 2021. The parties shall file, on or before September 13, 2021, a joint status report proposing a schedule for any further proceedings. So Ordered by Judge Dabney L. Friedrich on July 14, 2021. (lcdlf3) (Entered: 07/14/2021) |
| 07/14/2021 | | | Set/Reset Deadlines: Status Report due by 9/13/2021 (zjch) (Entered: 07/15/2021) |
| 08/25/2021 | 72 | | ORDER. In the 69 Memorandum Opinion of June 21, 2021, the Court noted that this opinion would be updated to include citations to the final hearing transcript from the May 28, 2021 motions hearing once it became available. The Court is now in receipt of that transcript. Accordingly, attached is an updated version of the 69 Memorandum Opinion that includes those citations. The Clerk of Court is directed to update the docket accordingly. So Ordered by Judge Dabney L. Friedrich on August 25, 2021. (Entered: 08/25/2021) |
| 09/09/2021 | 73 | | NOTICE OF WITHDRAWAL OF APPEARANCE as to ANTHONY ALIOTO, S. BUCHANAN, JEFFERY CARROLL, FNU HARGROVE, C.W MEYER, CLIFTON MURPHY, PETER NEWSHAM, THOMAS PAYNE, FNU TAYLOR, DANIEL THAU, ANTHONY A. WILLIS. Attorney Duane Gordon Blackman terminated. (Blackman, Duane) (Entered: 09/09/2021) |
| 09/13/2021 | 74 | | Joint MOTION to Stay *and Status Report* by WILLIAM P. BARR, MICHAEL CARVAJAL, MARK T. ESPER, GREGORY T. MONAHAN, JAMES M. MURRAY, DONALD J. TRUMP, WILLIAM J. WALKER. (Attachments: # 1 Text of Proposed Order)(Hair, Christopher) (Entered: 09/13/2021) |
| 09/13/2021 | | | MINUTE ORDER granting the parties' 74 Joint Motion to Stay the case pending ongoing settlement negotiations. The stay shall remain in effect until November 15, 2021. The parties shall file, on or before November 15, 2021, a joint status report proposing a schedule for any further proceedings. So Ordered by Judge Dabney L. Friedrich on September 13, 2021. (lcdlf3) (Entered: 09/13/2021) |
| 09/13/2021 | 75 | | STATUS REPORT by WILLIAM P. BARR, MICHAEL CARVAJAL, MARK T. ESPER, GREGORY T. MONAHAN, JAMES M. MURRAY, DONALD J. TRUMP, WILLIAM J. WALKER. (See Docket Entry 74 to view document). (znmw) (Entered: 09/15/2021) |
| 09/24/2021 | 76 | | Joint MOTION for Protective Order *(Stipulation and Proposed Protective Order)* by WILLIAM P. BARR, MICHAEL CARVAJAL, MARK T. ESPER, GREGORY T. MONAHAN, JAMES M. MURRAY, DONALD J. TRUMP, WILLIAM J. WALKER. (Hair, Christopher) (Entered: 09/24/2021) |
| 10/01/2021 | | | MINUTE ORDER. Upon consideration of the parties' 76 Joint Motion for Protective Order, it is hereby ORDERED that the motion is GRANTED. So Ordered by Judge Dabney L. Friedrich on October 1, 2021. (lcdlf3) (Entered: |

10/01/2021)

| 11/15/2021 | 77 | Joint MOTION to Stay *and Status Report* by RADIYA BUCHANAN, ANN DAGRIN, LINDSAY FIELD. (Attachments: # 1 Text of Proposed Order)(Williams, Greta) (Entered: 11/15/2021) |
|---|---|---|
| 11/15/2021 | | MINUTE ORDER. Upon consideration of the parties' 77 Joint Motion to Stay and Status Report, it is hereby ORDERED that the motion is GRANTED. The stay shall remain in effect until January 14, 2022. The parties shall file, on or before January 13, 2022, another joint status report proposing a schedule for any further proceedings, if a stipulation of dismissal is not filed before then. So Ordered by Judge Dabney L. Friedrich on November 15, 2021. (lcdlf3) (Entered: 11/15/2021) |
| 11/15/2021 | 78 | Joint STATUS REPORT by RADIYA BUCHANAN, ANN DAGRIN, LINDSAY FIELD. (See Docket Entry 77 to view document). (znmw) (Entered: 12/02/2021) |
| 01/10/2022 | 79 | NOTICE OF WITHDRAWAL OF APPEARANCE as to RADIYA BUCHANAN, ANN DAGRIN, LINDSAY FIELD. Attorney Mylan L. Denerstein terminated. (Denerstein, Mylan) (Entered: 01/10/2022) |
| 01/13/2022 | 80 | Joint MOTION to Stay *and Status Report* by RADIYA BUCHANAN, ANN DAGRIN, LINDSAY FIELD. (Attachments: # 1 Text of Proposed Order)(Williams, Greta) (Entered: 01/13/2022) |
| 01/13/2022 | | MINUTE ORDER. Upon consideration of the parties' 80 Joint Motion to Stay and Status Report, it is hereby ORDERED that the motion is GRANTED. The stay shall remain in effect until February 14, 2022. The parties shall file, on or before February 14, 2022, another joint status report proposing a schedule for any further proceedings, if a stipulation of dismissal is not filed before then. So Ordered by Judge Dabney L. Friedrich on January 13, 2022. (lcdlf3) (Entered: 01/13/2022) |
| 01/13/2022 | 81 | STATUS REPORT by RADIYA BUCHANAN, ANN DAGRIN, LINDSAY FIELD. (See Docket Entry 80 to view document). (zeg) (Entered: 01/14/2022) |
| 02/14/2022 | 82 | Joint MOTION to Stay *and Status Report* by WILLIAM P. BARR, MICHAEL CARVAJAL, MARK T. ESPER, GREGORY T. MONAHAN, JAMES M. MURRAY, DONALD J. TRUMP, WILLIAM J. WALKER. (Attachments: # 1 Text of Proposed Order)(Hair, Christopher) (Entered: 02/14/2022) |
| 02/14/2022 | | MINUTE ORDER. Upon consideration of the parties' 82 Joint Motion to Stay and Status Report, it is hereby ORDERED that the motion is GRANTED. The stay shall remain in effect until February 28, 2022. The parties shall file, on or before February 28, 2022, another joint status report proposing a schedule for any further proceedings, if a stipulation of dismissal is not filed before then. So Ordered by Judge Dabney L. Friedrich on February 14, 2022. (lcdlf3) (Entered: 02/14/2022) |
| 02/14/2022 | 83 | STATUS REPORT by WILLIAM P. BARR, MICHAEL CARVAJAL, MARK T. ESPER, GREGORY T. MONAHAN, JAMES M. MURRAY, DONALD J. TRUMP, WILLIAM J. WALKER. (See Docket Entry 82 to view document) (zeg) (Entered: 02/17/2022) |
| 02/28/2022 | 84 | |

| | | |
|---|---|---|
| | | Joint MOTION to Stay *and Status Report* by RADIYA BUCHANAN, ANN DAGRIN, LINDSAY FIELD. (Attachments: # 1 Text of Proposed Order)(Williams, Greta) (Entered: 02/28/2022) |
| 02/28/2022 | | MINUTE ORDER. Upon consideration of the parties' 84 Joint Motion to Stay and Status Report, it is hereby ORDERED that the motion is GRANTED. The stay shall remain in effect until March 30, 2022. The parties shall file on or before March 30, 2022, (1) a stipulation of dismissal as to the settling defendants and (2) a joint scheduling motion with the remaining defendants informing the Court how they would like to proceed in this matter. So Ordered by Judge Dabney L. Friedrich on February 28, 2022. (lcdlf3) (Entered: 02/28/2022) |
| 03/30/2022 | 85 | Joint MOTION to Stay *For Additional Two Weeks* by WILLIAM P. BARR, MICHAEL CARVAJAL, MARK T. ESPER, GREGORY T. MONAHAN, JAMES M. MURRAY, DONALD J. TRUMP, WILLIAM J. WALKER. (Attachments: # 1 Text of Proposed Order)(Hair, Christopher) (Entered: 03/30/2022) |
| 03/30/2022 | | MINUTE ORDER. Upon consideration of the parties' 85 Joint Motion to Stay, it is hereby ORDERED that the motion is GRANTED. The stay shall remain in effect until April 13, 2022. The parties shall file, on or before April 13, 2022, (1) a stipulation of dismissal as to the settling defendants and (2) a joint scheduling report proposing a schedule for further proceedings. So Ordered by Judge Dabney L. Friedrich on March 30, 2022. (lcdlf3) (Entered: 03/30/2022) |
| 04/13/2022 | 86 | NOTICE of Settlement by RADIYA BUCHANAN, ANN DAGRIN, LINDSAY FIELD (Attachments: # 1 Settlement Agreement)(Williams, Greta) (Entered: 04/13/2022) |
| 04/13/2022 | 87 | STIPULATION of Dismissal by RADIYA BUCHANAN, ANN DAGRIN, LINDSAY FIELD. (Williams, Greta) (Entered: 04/13/2022) |
| 04/13/2022 | 88 | Consent STATUS REPORT */ Scheduling Report with Proposed Order* by RADIYA BUCHANAN, ANN DAGRIN, LINDSAY FIELD. (Attachments: # 1 Text of Proposed Order)(Williams, Greta) (Entered: 04/13/2022) |
| 04/14/2022 | | MINUTE ORDER. Upon consideration of the 87 Stipulation of Dismissal, it is hereby ORDERED that all claims against DONALD J. TRUMP, WILLIAM P. BARR, MARK T. ESPER, GREGORY T. MONAHAN, JAMES M. MURRAY, WILLIAM J. WALKER, and MICHAEL D. CARVAJAL, in their official capacities, are dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).  Furthermore, upon consideration of the parties' 88 Scheduling Report, it is hereby ORDERED that the plaintiffs shall file their Motion for Entry of Partial Final Judgment or for Certification of Interlocutory Appeal on or before April 20, 2022; any opposition shall be filed on or before May 11, 2022; and any replies in support of the motion shall be filed on or before May 25, 2022. So Ordered by Judge Dabney L. Friedrich on April 14, 2022. (lcdlf3) (Entered: 04/14/2022) |
| 04/20/2022 | 89 | MOTION for Entry of Final Judgment */ PLAINTIFFS' UNOPPOSED MOTION FOR ENTRY OF RULE 54(B) FINAL JUDGMENT, OR, IN THE ALTERNATIVE, TO CERTIFY ORDER AND JUDGMENT FOR* |

| | | | |
|---|---|---|---|
| | | | *INTERLOCUTORY APPEAL PURSUANT TO 28 U.S.C. § 1292(B) AND TO STAY CASE PENDING APPEAL* by RADIYA BUCHANAN, ANN DAGRIN, LINDSAY FIELD. (Attachments: # 1 Memorandum in Support, # 2 Text of Proposed Order)(Williams, Greta) (Entered: 04/20/2022) |
| 05/16/2022 | 90 | | ORDER granting plaintiffs' 89 Unopposed Motion for Entry of Partial Final Judgment. Signed by Judge Dabney L. Friedrich on May 16, 2022. (lcdlf3) (Entered: 05/16/2022) |
| 05/16/2022 | 91 | | PARTIAL FINAL JUDGMENT in favor of defendants WILLIAM P. BARR, MARK ADAMCHICK, GREGORY MONAHAN, RUSSELL FENNELLY, and CARA SEIBERLING against plaintiffs. See text for details. Signed by Judge Dabney L. Friedrich on May 16, 2022. (lcdlf3) (Entered: 05/16/2022) |
| 05/16/2022 | 92 | | NOTICE OF APPEAL TO DC CIRCUIT COURT as to 68 Order on Motion for Leave to File, 69 Memorandum & Opinion, 90 Order on Motion for Entry of Final Judgment by RADIYA BUCHANAN, ANN DAGRIN, LINDSAY FIELD. Filing fee $ 505, receipt number ADCDC−9241116. Fee Status: Fee Paid. Parties have been notified. (Williams, Greta) (Entered: 05/16/2022) |

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

RADIYA BUCHANAN, et al.,

     *Plaintiffs*,

    v.

DONALD J. TRUMP, et al.,

     *Defendants*.

**Case No. 1:20-cv-01542-DLF**

### NOTICE OF APPEAL

Notice is hereby given that All Plaintiffs in the above-captioned case hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the Order, Dkts. 68-69, dismissing the Individual-Capacity Federal Defendants (William Barr, Gregory Monahan, Mark Adamchik, Russell Fennelly, and Cara Seiberling) as well as Plaintiffs' *Bivens* claims, which was certified as a final judgment pursuant to Rule 54(b) on May 16, 2022, Dkt. 90.

Dated:   May 16, 2022

Respectfully submitted,

*/s/  Greta  B.  Williams*

Greta B. Williams (D.C. Bar No. 1006968)
Naima L. Farrell (D.C. Bar No. 1023230)
Matthew Guice Aiken (D.C. Bar No. 1616755)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
Tel:  202.955.8500
GBWilliams@gibsondunn.com
NFarrell@gibsondunn.com
MAiken@gibsondunn.com

Randy M. Mastro (*pro hac vice*)
Orin Snyder (*pro hac vice*)
Anne Champion (*pro hac vice*)
Katherine Marquart (*pro hac vice*)

1

Lee R. Crain (*pro hac vice*)
Amanda L. LeSavage (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166-0193
Tel:  212.351.4000
RMastro@gibsondunn.com
OSnyder@gibsondunn.com
AChampion@gibsondunn.com
KMarquart@gibsondunn.com
LCrain@gibsondunn.com
ALeSavage@gibsondunn.com

*Counsel for Plaintiffs Radiya Buchanan,*
*Ann Dagrin, and Lindsay Field*

2

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| BLACK LIVES MATTER D.C. *et al.*,<br>　　　　　　*Plaintiffs*,<br>　　v.<br><br>DONALD J. TRUMP *et al.*,<br>　　　　　　*Defendants.* | No. 20-cv-1469 (DLF) |
| RADIYA BUCHANAN *et al.*,<br>　　　　　　*Plaintiffs*,<br>　　v.<br><br>DONALD J. TRUMP *et al.*,<br>　　　　　　*Defendants.* | No. 20-cv-1542 (DLF) |

**ORDER**

On June 21, 2021, the Court granted in part and denied in part the defendants'

motions to dismiss in these related cases. Order, Dkt. 159 (20-cv-1469); Order, Dkt. 68 (20-

cv-1542). In that order, the Court dismissed all claims against the individual-capacity federal

defendants. *Id.* at 2–3. The Court dismissed some claims against the official-capacity federal

defendants, the District of Columbia defendants, and the Virginia defendants. *Id.* At the

request of the parties,, these cases have been stayed while the plaintiffs and the official-

capacity federal defendants engaged in settlement discussions  *See* Minute Order of July 14,

2021. On April 13, 2022, the parties informed the Court that they had reached a settlement.

Notice of Filing of Settlement, Dkt. 182 (20-cv-1469); Notice of Settlement, Dkt. 86 (20-cv-

1542). The plaintiffs now seek entry of partial final judgment pursuant to Federal Rule of

Civil Procedure 54(b). Pls.' Unopposed Mot. for Entry of Partial Final J. or for Certification

of Interlocutory Appeal, Dkt. 184 (20-cv-1469); Plaintiffs' Unopposed Mot. for Entry of Rule 54(b) Final J., or, in the Alternative, to Certify Order and J. for Interlocutory Appeal Pursuant to 28 U.S.C. § 1292(b) and to Stay Case Pending Appeal, Dkt. 89 (20-cv-1542). The individual-capacity federal defendants consent to this motion, and the District of Columbia and Virginia defendants do not oppose it so long as the case remains stayed pending appeal. *See id.* The deadline for oppositions to this motion was May 11, 2022, *see* Minute Order of April 14, 2022, and none have been filed. Accordingly, the motion is ripe for resolution.

Federal Rule of Civil Procedure 54(b) provides that "[w]hen an action presents more than one claim for relief—whether as a claim, counterclaim, crossclaim, or third-party claim—or when multiple parties are involved, the court may direct entry of a final judgment as to one or more, but fewer than all, claims or parties only if the court expressly determines that there is no just reason for delay." This is in contrast to the standard rule, which provides that "a 'final decision'" for the purposes of an appeal "ordinarily must resolve every claim of every party in a case." *Attias v. CareFirst, Inc.*, 969 F.3d 412, 416 (D.C. Cir. 2020) (citing *Ritzen Grp., Inc. v. Jackson Masonry, LLC*, 140 S. Ct. 582, 586 (2020)). There are "three requirements for an otherwise interlocutory order to be certified as a final judgment: (1) the order must resolve a distinct 'claim for relief'; (2) the order must be 'final' with respect to that claim; and (3) the district court must permissibly determine that there is 'no just reason for delay' in entering judgment." *Id.* at 417 (citation omitted). Here, the June 21 Order completely resolved the *Bivens* claims against all the individual-capacity federal defendants by dismissing them entirely. These defendants were the only ones against whom *Bivens* claims had been asserted. Accordingly, they were "distinct 'claim[s] for relief,'" *id.*, that were definitively and completely resolved. Thus, the plaintiffs' request satisfies the first two

2

prongs for entry of partial final judgment.

To determine whether there is "no just reason for delay," the Court must "consider[] the 'judicial administrative interests as well as the equities involved.'" *Id.* (quoting *Curtiss-Wright Corp. v. Gen. Elec. Co.*, 446 U.S. 1, 8 (1980)). The judicial administrative interests are "avoiding piecemeal appeals of claims that are not truly 'separable' and . . . avoiding decision of 'the same issues more than once even if there were subsequent appeals.'" *Baystate Med. Ctr. v. Leavitt*, 587 F. Supp. 2d 44, 46 (D.D.C. 2008) (quoting *Curtiss-Wright*, 446 U.S. at 8–9). "The equities consider the impact of delayed review on the parties." *Id.* (citing *Curtiss-Wright*, 446 U.S. at 9–10). Here, there will not be piecemeal appeals of claims that are not separable because the plaintiffs do not bring *Bivens* claims against the non-appealing defendants. For the same reason, the D.C. Circuit will not be faced with deciding the same issues more than once. Under the equities analysis, delayed review would cause duplicative discovery if the D.C. Circuit disagrees with this Court on the dismissal of the *Bivens* claims against the individual-capacity federal defendants. Thus, this Court concludes that there is no just reason for delay.

For the foregoing reasons, it is hereby

**ORDERED** that the plaintiffs' Unopposed Motion for Entry of Partial Final Judgment, Dkt. 184 (20-cv-1469), is **GRANTED**. It is further

**ORDERED** that the plaintiffs' Unopposed Motion for Entry of Partial Final Judgment, Dkt. 89 (20-cv-1542), is **GRANTED**. It is further

**ORDERED** that the plaintiffs' Unopposed Motion for Certification of Interlocutory Appeal, Dkt. 184 (20-cv-1469), is **DENIED AS MOOT**. It is further

**ORDERED** that the plaintiffs' Unopposed Motion for Certification of Interlocutory

Appeal, Dkt. 89 (20-cv-1542), is **DENIED AS MOOT**.  It is further

  **ORDERED** that the plaintiffs' Unopposed Motion for Stay Pending Appeal, Dkt. 184

(20-cv-1469), is **GRANTED**.  Accordingly, it is hereby **ORDERED** that *Black Lives Matter*

*D.C. et al. v. Trump et al.*, 20-cv-1469, is **STAYED** pending appeal.  It is further

  **ORDERED** that the plaintiffs' Unopposed Motion for Stay Pending Appeal, Dkt. 89

(20-cv-1542), is **GRANTED**.  Accordingly, it is hereby **ORDERED** that *Buchanan et al. v.*

*Trump et al.*, 20-cv-1542, is **STAYED** pending appeal.

  A separate judgment will be entered.

  **SO ORDERED.**

DABNEY L. FRIEDRICH<br>
United States District Judge

May 16, 2022

4