# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

BLACK LIVES MATTER D.C., et al.,

    *Plaintiffs–Appellants*,

    v.

WILLIAM P. BARR, et al.,

    *Defendants–Appellees.*

Nos.  22-5133
        22-5139

## NOTICE OF CONSENT TO FILE AMICUS BRIEF

Under Circuit Rule 29(b), the Reverend Gini Gerbasi provides notice that she intends to file an *amicus* brief supporting the plaintiffs–appellants in this appeal. Counsel for all parties have consented to the filing of this brief.

Rev. Gerbasi is the Rector of Saint John's Episcopal Church, Georgetown, in Washington, D.C. She was present for the events that gave rise to this action, heeding her Bishop's call to care for and minister to demonstrators advocating for racial justice on June 1, 2020. Without warning, she was forced from church property by the defendants and their agents, and she was later prevented from returning to continue her work. Rev. Gerbasi can thus offer the Court a first-hand perspective on

these events, including the importance to religious and expressive liberty of effective remedies for government violations of these rights.

Rev. Gerbasi is currently the sole signatory of this brief. She may ultimately be joined as *amici* by other D.C.-area clergy and religious figures or institutions. If so, counsel will provide the Court with updated information about all signatories, including any disclosures required under Rule 26.1.

November 21, 2022

Respectfully submitted,

/s/ *Tobias S. Loss-Eaton*
Tobias S. Loss-Eaton
John Gibbons
Lakeisha F. Mays
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Tel.: (202) 736-8427
Fax: (202) 736-8711
tlosseaton@sidley.com

*Counsel for Amicus Curiae*

## **CERTIFICATE OF SERVICE**

On November 21, 2022, I caused a copy of this document to be filed with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to all registered CM/ECF users.

/s/ *Tobias S. Loss-Eaton*
Tobias S. Loss-Eaton