# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 22-5133**　　　　　　　　　　　　　　　　　　　**September Term, 2022**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　1:20-cv-01542-DLF
　　　　　　　　　　　　　　　　　　　　　　　　　　　　1:20-cv-01469-DLF

　　　　　　　　　　　　　　　　　　　　　　Filed On: March 29, 2023 [1992256]

Radiya Buchanan, et al.,

　　　　　Appellants

　　　v.

William P. Barr, In his individual capacity as
Former U.S. Attorney General, et al.,

　　　　　Appellees

------------------------------

Consolidated with 22-5139

## O R D E R

Upon consideration of appellants' consent motion for divided oral argument, it is

**ORDERED** that the motion be granted.
.

### Per Curiam

　　　　　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　　　　　Mark J. Langer, Clerk

　　　　　　　　　　　　　　　BY:　/s/
　　　　　　　　　　　　　　　　　　　Michael C. McGrail
　　　　　　　　　　　　　　　　　　　Deputy Clerk