# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 22-5133**  **September Term, 2022**
FILED ON: JUNE 23, 2023

RADIYA BUCHANAN, ET AL.,
    APPELLANTS

v.

WILLIAM P. BARR, IN HIS INDIVIDUAL CAPACITY AS FORMER U.S. ATTORNEY GENERAL, ET AL.,
    APPELLEES

---

Consolidated with 22-5139

Appeals from the United States District Court
for the District of Columbia
(No. 1:20-cv-01542)
(No. 1:20-cv-01469)

Before: WILKINS and WALKER, *Circuit Judges*, and SENTELLE, *Senior Circuit Judge*

### J U D G M E N T

These causes came on to be heard on the record on appeal from the United States District Court for the District of Columbia and were argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the District Court's dismissal of Appellants' *Bivens* claims be affirmed, in accordance with the opinion of the court filed herein this date.

### Per Curiam

        **FOR THE COURT:**
        Mark J. Langer, Clerk

BY:    /s/

        Daniel J. Reidy
        Deputy Clerk

Date: June 23, 2023

Opinion for the court filed by Senior Circuit Judge Sentelle.
Concurring opinion filed by Circuit Judge Wilkins.
Concurring opinion filed by Circuit Judge Walker.